345 A.2d 702

**Alan FRANK, Appellant,**

v.

**C. DeLores TUCKER.**

Supreme Court of Pennsylvania.

Argued Oct. 21, 1975.

Decided Oct. 22, 1975.

Stanley A. Uhr, Frank & Radakovich, Pittsburgh, for appellant.

Melvin R. Shuster, Deputy Atty. Gen., Harrisburg, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Order of Commonwealth Court affirmed.

ROBERTS and MANDERINO, JJ., dissent.